UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RICHARD KOSLOW, Individually and on Behalf
of All Others Similarly Situated,

                Plaintiff,

v.

SUN LIFE FINANCIAL, INC., ET AL.,      No. 04-11019-GAO

                Defendants

**STIPULATION AND ORDER TO EXTEND
TIME TO RESPOND TO COMPLAINT**

      Plaintiff and defendants, by their undersigned counsel, hereby stipulate and agree that the time within which they may answer, move, or otherwise respond to the complaint in this action is extended to and including 45 days after the later of: (a) the Court's selection of a lead plaintiff; or (b) the date on which a consolidated amended complaint, if any, is served upon defendants, either pursuant to a Court order issued in connection with the selection of a lead plaintiff or otherwise, or by agreement of the plaintiff in this action and the plaintiff(s) in any other action that is filed in this Court and which asserts claims similar to those alleged in the above-captioned action.

      Plaintiff and defendants respectfully request that the Court approve their stipulation.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| RICHARD KOSLOW, | SUN LIFE FINANCIAL, INC. MASSACHUSETTS FINANCIAL SERVICES COMPANY (d/b/a/ "MFS INVESTMENT MANAGEMENT"), |
| By his attorney, | By their attorneys, |
| /s/ David Pastor / JAS by permission___<br>David Pastor (BBO #391000)<br>GILMAN AND PASTOR, OOP<br>999 Broadway, Suite 500<br>Saugus, MA  01906<br>(781) 231-7850 | /s/ Jonathan A. Shapiro              _<br>Jeffrey B. Rudman (BBO #433380)<br>William H. Paine (BBO #550506)<br>Jonathan A. Shapiro (BBO #567838)<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>(617) 526-6000 |
| Marc A. Topaz<br>Richard A. Maniskas<br>SCHIFFRIN & BARROWAY, LLP<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA  19004<br>(610) 667-7706 | JEFFREY L. SHAMES,<br><br>By his attorneys,<br><br>/s/ James C. Rehnquist/ JAS by permission<br>James C. Rehnquist (BBO #552602)<br>Abigail K. Hemani (BBO #650721)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>(617) 570-1000 |
| | JOHN W. BALLEN,<br><br>By his attorneys,<br><br>/s/ John F. Falvey / JAS by permission___<br>John F. Falvey, Jr. (BBO #542674)<br>Dean J. Dipilato (BBO #651345)<br>TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street<br>Boston, MA 02110<br>617-248-7000 |

KEVIN J. PARKE,

By his attorneys,

/s/ George J. Skelly / JAS by permission
George J. Skelly (BBO #546797)
David M. Ryan (BBO #644037)
NIXON PEABODY LLP
101 Federal Street
Boston, MA  02110
(617) 345-1000

LAWRENCE H. COHN, WILLIAM R. GUTOW, J. ATWOOD IVES, ABBY M. O'NEILL, LAWRENCE T. PERERA, WILLIAM J. POORVU, J. DALE SHERRATT, ELAINE R. SMITH, WARD SMITH, MFS CAPITAL OPPORTUNITIES FUND, MFS CORE GROWTH FUND, MFS EMERGING GROWTH FUND, MFS GROWTH OPPORTUNITIES FUND, MFS LARGE CAP GROWTH FUND, MFS MANAGED SECTORS FUND, MFS MID CAP GROWTH FUND, MFS NEW DISCOVERY FUND, MFS NEW ENDEAVOR FUND, MFS RESEARCH FUND, MFS STRATEGIC GROWTH FUND, MFS TECHNOLOGY FUND, MASSACHUSETTS INVESTORS GROWTH STOCK, MFS MID CAP VALUE FUND, MFS RESEARCH GROWTH AND INCOME FUND, MFS STRATEGIC VALUE FUND, MFS TOTAL RETURN FUND, MFS UNION STANDARD EQUITY FUND, MFS UTILITIES FUND, MFS VALUE FUND, MASSACHUSETTS INVESTORS TRUST, MFS AGGRESSIVE GROWTH ALLOCATION FUND, MFS CONSERVATIVE ALLOCATION FUND, MFS GROWTH ALLOCATION FUND, MFS MODERATE ALLOCATION FUND, MFS BOND

FUND, MFS EMERGING MARKETS DEBT FUND, MFS GOVERNMENT LIMITED MATURITY FUND, MFS GOVERNMENT MORTGAGE FUND, MFS GOVERNMENT SECURITIES FUND, MFS HIGH INCOME FUND, MFS HIGH YIELD OPPORTUNITIES FUND, MFS INTERMEDIATE INVESTMENT GRADE BOND FUND, MFS LIMITED MATURITY FUND, MFS RESEARCH BOND FUND, MFS STRATEGIC INCOME FUND, MFS ALABAMA MUNICIPAL FOND FUND, MFS ARKANSAS MUNICIPAL BOND FUND, MFS CALIFORNIA MUNICIPAL BOND FUND, MFS FLORIDA MUNICIPAL BOND FUND, MFS GEORGIA MUNICIPAL BOND FUND, MFS MARYLAND MUNICIPAL BOND FUND, MFS MASSACHUSETTS MUNICIPAL BOND FUND, MFS MISSISSIPPI MUNICIPAL BOND FUND, MFS MUNICIPAL BOND FUND, MFS MUNICIPAL LIMITED MATURITY FUND, MFS NEW YORK MUNICIPAL BOND FUND, MFS NORTH CAROLINA MUNICIPAL BOND FUND, MFS PENNSYLVANIA MUNICIPAL BOND FUND, MFS SOUTH CAROLINA MUNICIPAL BOND FUND, MFS TENNESSEE MUNICIPAL BOND FUND, MFS VIRGINIA MUNICIPAL BOND FUND, MFS WEST VIRGINIA MUNICIPAL BOND FUND, MFS EMERGING MARKETS EQUITY FUND, MFS GLOBAL EQUITY FUND, MFS GLOBAL GROWTH FUND, MFS GLOBAL TOTAL RETURN FUND, MFS INTERNATIONAL GROWTH FUND, MFS INTERNATIONAL NEW DISCOVERY FUND, MFS INTERNATIONAL VALUE FUND, MFS RESEARCH INTERNATIONAL FUND,

                                MFS CASH RESERVE FUND, MFS
                                GOVERNMENT MONEY MARKET
                                FUND, MFS MONEY MARKET FUND,

                                By their attorneys,

                                <u>/s/ John D. Donovan / JAS by permission</u>
                                John D. Donovan (BBO #130950)
                                Jane E. Willis (BBO #568024)
                                ROPES & GRAY LLP
                                One International Place
                                Boston, MA  02110
June 23, 2004                    617-951-7000


SO ORDERED:


Dated:_____        _____
                                                      George A. O'Toole
                                                      United States District Judge

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within documents to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| David Pastor (BBO #391000)<br>GILMAN AND PASTOR, OOP<br>999 Broadway, Suite 500<br>Saugus, MA  01906<br>(781) 231-7850 | James C. Rehnquist<br>Abigail K. Hemani<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109 |
| Marc A. Topaz<br>Richard A. Maniskas<br>SCHIFFRIN & BARROWAY, LLP<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA  19004<br>(610) 667-7706 | John F. Falvey, Jr.<br>Dean J. Dipilato<br>TESTA, HURWITZ & THIBEAULT, LLP<br>125 High Street<br>Boston, MA 02110<br><br>George J. Skelly<br>David M. Ryan<br>NIXON PEABODY LLP<br>101 Federal Street<br>Boston, MA  02110 |

    /s/ Jonathan A. Shapiro___
    Jonathan A. Shapiro

Dated:  June 23, 2004