UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD KOSLOW, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br> v.<br><br>SUN LIFE FINANCIAL, INC., ET AL.,<br><br>      Defendants | No. 04-11019-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Wilmer Cutler Pickering Hale and Dorr LLP, on behalf of defendants Sun Life Financial Inc. and Massachusetts Financial Services Company (d/b/a/ "MFS Investment Management).

                Respectfully Submitted,

                SUN LIFE FINANCIAL, INC.
                MASSACHUSETTS FINANCIAL
                SERVICES COMPANY (d/b/a/ "MFS
                INVESTMENT MANAGEMENT"),

                By their attorneys,

                /s/ Jonathan A. Shapiro
                Jeffrey B. Rudman (BBO #433380)
                William H. Paine (BBO #550506)
                Jonathan A. Shapiro (BBO #567838)
                Wilmer Cutler Pickering Hale and Dorr LLP
                60 State Street
                Boston, MA  02109
June 24, 2004          (617) 526-6000

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of the within documents to be served by either electronic mail or overnight mail to:

David Pastor
GILMAN AND PASTOR, LLP
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850

James C. Rehnquist
Abigail K. Hemani
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109

Marc A. Topaz
Richard A. Maniskas
SCHIFFRIN & BARROWAY, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
(610) 667-7706

John F. Falvey, Jr.
Dean J. Dipilato
TESTA, HURWITZ & THIBEAULT, LLP
125 High Street
Boston, MA 02110

George J. Skelly
David M. Ryan
NIXON PEABODY LLP
101 Federal Street
Boston, MA 02110

/s/ Jonathan A. Shapiro___
Jonathan A. Shapiro

Dated: June 24, 2004