# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

RICHARD KOSLOW, Individually And
On Behalf of All Others Similarly
Situated,            Plaintiff
V.

SUN LIFE FINANCIAL INC., et al.
                     Defendants

FILED
CLERKS OFFICE

2004 JUN 18 PM 4:29

U.S. DISTRICT COURT
DISTRICT OF MASS

SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04 CV 11019 GAO

TO: (Name and address of Defendant)

Person Designated to Accept Service
Sun Life Financial
One Sun Life Executive Park, SC 2132
Wellesley Hills, MA 02481

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  5-22-04

**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

Norfolk, ss.

May 28, 2004

I hereby certify and return that on 5/27/2004 at 10:00 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Audrey Evans, paralegal, , person in charge at the time of service for Sun Life Financial Inc, at Sun Life Financial, One Sun Life Executive Park, Wellesley, MA 02481. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($8.32) Total Charges $48.82

_____
Deputy Sheriff

Deputy Sheriff James E. Riggs

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.