**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Eric Forsythe, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> Sun Life Financial Inc., et al., <br><br> Defendants. | Civil Action No. 04cv10584 (GAO) |
| Larry R. Eddings, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> Sun Life Financial Inc., et al., <br><br> Defendants. | Civil Action No. 04cv10764 (GAO) |
| Richard Koslos, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> Sun Life Financial Inc., et al., <br><br> Defendants. | Civil Action No. 04cv10765 (GAO) |
| Marcus Dumond, Henry Berdat, Stuart V. and Rosemary Sturgess, Kathleen Blair, William and Margie Booth, Karen Peach, and Richard and Evelyn Keller, <br><br> Plaintiff, <br><br> vs. <br><br> Massachusetts Financial Services Company and MFS Fund Distributors, Inc., <br><br> Defendants. | Civil Action No. 04cv11458 (GAO) |

## ASSENTED TO MOTION FOR EXTENSION OF TIME
## TO FILE REPLY

Plaintiffs Eric Forsythe and Larry R. Eddings ("Plaintiffs"), by their counsel, hereby move this Court for a 1-week extension of time to file a reply brief from October 6, 2004 to October 13, 2004. As grounds therefore, the Dumond plaintiffs just filed their Memorandum in Opposition to Amended Motions for Consolidation and for Appointment of Tri-Lead Counsel. Plaintiffs Forsythe and Eddings are currently working with experts and believe that the experts' opinions will aid the Court in its consideration of the pending Motions for Consolidation. If the extension is granted, briefing will be completed by 1 week prior to the hearing scheduled on this matter on October 20, 2004.

WHEREFORE, plaintiffs Forsythe and Eddings move this Court for an extension until October 13, 2004 to file their reply and expert opinion.

Dated: October 1, 2004              Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
    Nancy Freeman Gans (BBO #184540)
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216
(617) 369-7979

*Counsel for Plaintiffs Eric Forsythe and Larry R. Eddings and Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
  & SCHULMAN LLP**
Steven G. Schulman
Janine L. Pollack
Kim E. Levy
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

*Counsel for Plaintiff Eric Forsythe and Proposed Co-Lead Counsel*

2

        **WEISS & YOURMAN**
        Joseph H. Weiss
        Richard Acocelli
        551 Fifth Avenue, Suite 1600
        New York, New York 10176
        (212) 682-3025

        *Counsel for Plaintiff Larry R. Eddings and Proposed Co-Lead Counsel*

        **LAW OFFICES OF CHARLES J. PIVEN, P.A.**
        Charles J. Piven
        Marshall N. Perkins
        The World Trade Center - Baltimore
        Suite 2525
        401 East Pratt Street
        Baltimore, Maryland 21202
        (410) 332-0030

        *Counsel for Plaintiff Eric Forsythe*

        **STULL, STULL & BRODY**
        Jules Brody
        Aaron Brody
        6 East 45th Street
        New York, New York 10017
        (212) 687-7230

        *Counsel for Plaintiff Larry R. Eddings*

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, counsel for plaintiffs Eric Forsythe and Larry R. Eddings, certify that I have spoken with Theodore Hess-Mahan of Shapiro Haber & Urmy, LLP, counsel for the Dumond plaintiffs, regarding the within Motion For Extension of Time to Reply. Mr. Hess-Mahan stated that the Dumond plaintiffs assent to this motion. I further certify that as a courtesy

I have notified the following counsel by leaving messages about the filing of the within Motion: Jonathan Shapiro of Wilmer Cutler Pickering Hale & Dorr LLP, and John J. Falvey, Jr. of Testa, Hurwitz & Thibeault, and Jane Willis of Ropes & Gray LLP. I further certify that I have spoken with Abigail Hemani of Goodwin Proctor LLP and George J. Skelly of Nixon Peabody LLP on this same issue.

Dated:    October 1, 2004

/s/ Nancy Freeman Gans
Nancy Freeman Gans

**CERTIFICATE OF SERVICE**

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail, postage prepaid, on October 1, 2004.

/s/ Nancy Freeman Gans
Nancy Freeman Gans